UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Barsha Lavonne Hunt, et al. v. Bayer Corporation, et al.* | No. 10-cv-13693-DRH |
| *Stacy Jones v. Bayer Corporation, et al.* | No. 11-cv-13015-DRH |
| *Amanda Loomis v. Bayer Corporation, et al.* | No. 10-cv-12033-DRH |
| *Caitlin Uftring v. Bayer Corporation, et al.* | No. 11-cv-13019-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 11, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
    **Deputy Clerk**

**Dated:** June 16, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.16
18:48:57 -05'00'

**APPROVED:**
  **CHIEF JUDGE**
  **U. S. DISTRICT COURT**